IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⏤ D.C.

05 MAY 11 PM 4:52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                         No. 04-cr-20229

Jamal Ibrahim, *et al*

    Defendant.

## MODIFICATION OF BOND CONDITIONS

Come now the parties to this lawsuit and state unto the Court that they agree that the bond conditions in this matter should be modified. The parties would show unto the Court that Mr. Jamal Ibrahim is currently working as an installer for a satellite t.v. company. As such, he needs to be able to cross over into Eastern Arkansas and into Northern Mississippi to do installations for his employer.

Therefore, the parties respectfully request that this Court amend the conditions of Mr. Jamal Ibrahim's bond and permit him to work for the satellite t.v. company by accepting installation jobs in the Western District of Tennessee, the Northern District of Mississippi and the Eastern Division of Arkansas without violating the terms and conditions of his bond.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-12-05



It is so ordered.

_____
SAMUEL H. MAYS, JR.
United States District Court Judge

DATE: May 11, 2005


APPROVED FOR ENTRY:

_____
T. CLIFTON HARVIEL (#5589)
Attorney for Defendant
Suite 850, 50 N. Front Street
Memphis, Tennessee 38103
(901) 543-9799

DATE: 5-9-05


Steve Parker by Clifton Harviel with permission
STEVE PARKER
Assistant U.S. Attorney
8th floor, 167 N. Main Street
Memphis, Tennessee 38103

DATE: 5-9-05

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:04-CR-20229 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Mark Mesler
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT