IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 19 AM 9: 54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    No. 04-CR-20229

Jamal Ibrahim, *et al*

    Defendant.

---

## ORDER TO MODIFY CONDITIONS OF RELEASE

This matter came before the Court upon the written motion of the defendant, Jamal Ibrahim, by and through his attorney of record. For good cause shown, the current conditions of Mr. Ibrahim's release are modified such that he is now permitted to travel outside the Western District of Tennessee to Jackson, Mississippi and back to Memphis, Tennessee on a weekly basis. Mr. Ibrahim is allowed to stay Wednesday through Sunday nights in Jackson, Mississippi, but he is expected to be back in Memphis, Tennessee on Mondays and Tuesdays and to remain current on his ACAR classes.

IT IS SO ORDERED.

*/s/ signature*

SAMUEL H. MAYS, JR.
United States District Court Judge

DATE: October 18, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 139 in case 2:04-CR-20229 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT