# United States District Court
## for
## Western District of Tennessee

FILED BY _____ D.C.

05 NOV -4  AM 6: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs. Jamal Ibrahim**                    Docket No. 04-20229-03-Ma

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Murray Fullner presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable S. Thomas Anderson sitting in the court at Memphis, Tennessee, on the 27th day of May, 2004 under the following conditions:

1) Report as directed by the Pretrial Services Office, 2) Surrender any passport to the Clerk, 3) Obtain no passport, 4) Restricted in residence and travel to the Western District of Tennessee, 5) Refrain from possessing a firearam, destructive device, or other dangerous weapon, and 7) Refrain from any unlawful use or possession of a controlled substance

On June 9, 2004, conditions of release were ordered amended by U.S. Magistrate Judge Tu M. Pham to include: 1) Submit to substance abuse testing as required by Pretrial Services and 2) Participate in substance abuse therapy and counseling if deemed advisable by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

<u>Refrain from any unlawful possession or use of a controlled substance</u>

As previously reported, Jamal Ibrahim signed an admission on August 27th to having used marijuana on or about August 13th. Mr. Ibrahim thereafter submitted urinalysis specimens on November 22nd and December 27th which each tested positive for cocaine. In response to the illicit drug use, Jamal Ibrahim was referred for outpatient substance abuse treatment at ACAR in Memphis on December 9th. Defendant Ibrahim completed substance abuse treatment at ACAR on March 29th and then resumed treatment at ACAR on April 13th as a condition of his federal probation on case 04-20234-01-ML. According to U.S. Probation Officer Freddie McMaster, Mr. Ibrahim failed to submit to drug testing at ACAR on April 18th, May 18th, and June 16th, 20th, and 25th. The defendant was formally reprimanded and was warned of potential consequences of continued noncompliance with his conditions of probation and pretrial release.

On May 31st, Jamal Ibrahim submitted a urinalysis specimen at ACAR which tested positive for cocaine use. Most recently, on October 24th, Mr. Ibrahim submitted a urinalysis specimen at the U.S. Probation Office that also tested positive for use of cocaine.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant so that Jamal Ibrahim may appear and show cause as to why his bond should not be revoked.

Bond Recommended: NONE

ORDER OF COURT

Considered and ordered this __3d__ day of __November__, 2005 and ordered filed and made a part of the records in the above case.

U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2005

_Murray Fullner_
Supervisory U.S. Pretrial Services Officer

Place    Memphis, Tennessee

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __11-4-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 144 in case 2:04-CR-20229 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT