IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR. 2-04-20229-Ma |
| | * | |
| JAMAL IBRAHIM     * | | |
| | * | |

## ORDER REVOKING BOND AND HOLDING DEFENDANT FOR SENTENCING

On November 16, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his Pre-Trial release in this matter. The defendant was advised of his rights under FRCrP 5 and 32.1(a)(1).

The defendant advised the Court that he wished to waive his right for an attorney as well as his right for a hearing in this matter. The defendant is currently set for sentencing on Monday, November 21, 2005 and wishes to consent to the violations as well as the bond revocation.

Accordingly, defendant is held for sentencing before Judge S. Hardy Mays.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 16th day of November, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 159 in case 2:04-CR-20229 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark Mesler
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT